JOHN V. LE MOYNE
v.
GEORGE F. HARDING.

*Tax Titles—Validity of—Freeholds—Jurisdiction.*

This court has no jurisdiction of a case involving a freehold estate.

[Opinion filed April 3, 1889.]

APPEAL from the Circuit Court of Cook County; the Hon. LORIN C. COLLINS, Judge, presiding.

Messrs. WILSON & MOORE, for appellant.

Mr. WILLIAM J. AMMEN, for appellee.

GARY, J. The question upon this record is, whether a tax title, purporting to be a fee simple of the premises in con-

Race v. Traders Ins. Co.

troversy, should be held valid, redeemed from on the relation of the parties as tenants in common, or set aside unconditionally.

The Circuit Court adopted the latter course in the decree appealed from.    Whether that decree is right or not is a question that involves a freehold, and this court has no jurisdiction to decide it.    Pratt v. Kendig, last term.

*Appeal dismissed.*